United States Court of Appeals

For the Eighth Circuit

_____

No. 25-2066
_____

United States of America

*Plaintiff - Appellee*

v.

Anthony Lee Sims

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: January 13, 2026
Filed: January 23, 2026
[Unpublished]
_____

Before BENTON, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

Anthony Sims appeals after the district court[1] revoked his supervised release
and sentenced him to 48 months in prison and 36 months of supervised release. His

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for
the Southern District of Iowa.

counsel has filed a brief challenging the substantive reasonableness of the sentence and moved to withdraw.

After careful review, we conclude that the sentence was not an abuse of discretion. *See United States v. Miller*, 557 F.3d 910, 916 (8th Cir. 2009) (standard of review). The revocation sentence is below the Guidelines range. *See United States v. Bevins*, 848 F.3d 835, 841 (8th Cir. 2017) ("[I]t is 'nearly inconceivable' that a sentence is so high as to be substantively unreasonable and constitute an abuse of discretion when the district court imposed a below-Guidelines sentence" (quoting *United States v. Lazarski*, 560 F.3d 731, 733 (8th Cir. 2009))). And there is no indication that the district court failed to consider a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Larison*, 432 F.3d 921, 923 (8th Cir. 2006) (considerations for reasonableness of sentence).

Accordingly, we grant counsel's motion to withdraw and affirm the judgment.

_____